JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LE LAM, <br>                 Plaintiff, <br>     v. <br> CHUCK HAGEL, Secretary of Defense, <br>                 Defendant. | Case No. CV 13-07166 DMG (MANx) <br><br> **JUDGMENT** |

Pursuant to the Court's March 13, 2015 Order re Defendant's Motion for Summary Judgment [Doc. # 27], IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Chuck Hagel, in his official capacity, and against Plaintiff Le Lam.

**IT IS SO ORDERED**.

DATED: March 13, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-